*In re* **FINNEGAN**, Thomas J., Jr. (MR 19499)
Chicago, IL

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed, and respondent Thomas J. Finnegan, Jr., is suspended from the practice of law for six months and until further order of the Court.

*In re* **FISHMAN**, Gerald Lee (MR 19462)
Chicago, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission for leave to file exceptions to the report and recommendation of the Review Board is allowed. Respondent is suspended from the practice of law for one year. Suspension effective October 15, 2004.

Respondent Gerald Lee Fishman shall reimburse the Disciplinary Fund for any Client Protection payments arising from his conduct prior to the termination of the period of suspension.